**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William Hamilton WILSON,
Defendant–Appellant.**

**No. 10–10647
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 28, 2011.

Conor B. Dugan, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Todd B. Grandy, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, Douglas Molloy, U.S. Attorney's Office, Ft. Myers, FL, for Plaintiff–Appellee.

Mark G. Rodriguez, Tampa, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Mark. G. Rodriguez, appointed counsel for William Hamilton Wilson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Wilson's conviction and sentence are **AFFIRMED.**